STEVEN P. QUARLES (*pro hac vice*)
squarles@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC  20004-2595
Telephone:     (202) 624-2665
FAX:           (202) 628-5116

MICHAEL D. NEWMAN (CSB No. 152789)
mnewman@crowell.com
STEVEN P. RICE (CSB No. 094321)
srice@crowell.com
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone:     (949) 798-1327
FAX:           (949) 263-8414

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| TEJON RANCH CO., a Delaware corporation; and TEJON RANCH CORP, a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES FISH & WILDLIFE SERVICE, *et al.*,<br>　　　　Defendants. | No. 1:97-cv-06261 REC SMS<br><br>ORDER |

　　　　Upon full consideration of the Plaintiffs' Unopposed Motion to Modify Protective Order, and good cause therefor appearing, it is hereby ORDERED that the Protective Order issued by the Court on December 17, 2002, is modified by adding a new paragraph after the third paragraph to read as follows:

　　　　"AND IT IS FURTHER ORDERED:  That, for purposes of this Order, disclosure to Plaintiffs shall include disclosure to partners, employees, and counsel of DMB Associates, which is proposing to form a joint venture with Plaintiffs that would acquire over 20,000 acres of key land covered by the Habitat Conservation Plan, and which has a contractual obligation to Plaintiffs to protect the confidentiality of such documents and records."

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | So ordered. |
| 2 | Dated: 2/23/2006 |

/s/ Sandra M. Snyder
United States Magistrate Judge