**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEJON RANCH COMPANY, et al., | CASE NO. CV F 97-6261 OWW (NEW DJ LJO) SMS |
| Plaintiff, | |
| vs. | **ORDER FOR STATUS REPORTS** |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Defendants. | |

The parties have not filed a status report since June 2006. On the basis of good cause, this Court ORDERS the parties, no later than March 8, 2007, to file a joint status report on the progress of this action, including completion of settlement.

IT IS SO ORDERED.

**Dated:   February 8, 2007**          /s/ Lawrence J. O'Neill
66h44d                                            UNITED STATES DISTRICT JUDGE

1