# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEJON RANCH COMPANY, et al., | CASE NO. CV F 97-6261 LJO SMS |
| Plaintiff, | |
| vs. | **ORDER FOR STATUS REPORTS** |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Defendants. / | |

Based on the parties' representations in their April 30, 2007 status report, this Court ORDERS the parties, no later than May 15, 2007, to file a joint status report on the progress of this action, including completion of settlement.

IT IS SO ORDERED.

**Dated:   May 1, 2007**                              /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE