CHARLES L. COLEMAN III (CSB No. 65496)
Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
charles.coleman@klaw.com
TEL:   (415) 743-6900
FAX:   (415) 743-6910

LAWRENCE R. LIEBESMAN (admitted *pro hac vice*)
Holland & Knight LLP
2099 Pennsylvania Ave., N.W. Suite 100
Washington, DC 20006
lawrence.liebesman@hklaw.com
TEL:   (202) 955-3000
FAX:   (202) 955-9564

DAVID FRIEDMAN (CSB No. 141540)
Holland & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA 90071-2040
david.friedman@hklaw.com
TEL:   (213) 896-2431
FAX:   (202) 815-9808

Attorneys for Plaintiffs

CHARLES R. SHOCKEY (D.C. Bar No. 914879)
U.S. Department of Justice
Natural Resources Section
Environment and Natural Resources Division
501 "I" Street, Suite 9-700
Sacramento, CA  95814-2322
charles.shockey@usdoj.gov
TEL:   (916) 930-2203
FAX:   (916) 930-2210

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TEJON RANCH CO., a Delaware corporation; and TEJON RANCHCORP, a California corporation, Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH & WILDLIFE SERVICE, *et al*., Defendants. | Case No. 1:97-CV-06261-LJO-SMS<br><br>ORDER VACATING PROTECTIVE ORDER |

1     Upon consideration of the joint motion and joint memorandum of Plaintiffs and
2 Defendants requesting that this Court's Protective Order of December 17, 2002, as modified by
3 the Court's further order filed February 28, 2006, be vacated, and good cause appearing therefor,
4 it is hereby ORDERED that:
5     The Court's Protective Order of December 17, 2002, which was issued in order to
6 facilitate settlement discussions, and was modified by order filed February 28, 2006, is hereby
7 VACATED.

9     It is SO ORDERED this 25th day of August, 2009.

                                                    /s/ Lawrence J. O'Neill
                                                    HON. LAWRENCE J. O'NEILL
                                                    UNITED STATES DISTRICT JUDGE