CHARLES L. COLEMAN III (CSB No. 65496)
Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
charles.coleman@hklaw.com
TEL:   (415) 743-6900
FAX:   (415) 743-6910

LAWRENCE R. LIEBESMAN (admitted *pro hac vice*)
Holland & Knight LLP
2099 Pennsylvania Ave., N.W. Suite 100
Washington, DC 20006
lawrence.liebesman@hklaw.com
TEL:   (202) 955-3000
FAX:   (202) 955-9564

DAVID FRIEDMAN (CSB No. 141540)
Holland & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA 90071-2040
david.friedman@hklaw.com
TEL:   (213) 896-2431
FAX:   (202) 815-9808

Attorneys for Plaintiffs

CHARLES R. SHOCKEY (D.C. Bar No. 914879)
U.S. Department of Justice
Natural Resources Section
Environment and Natural Resources Division
501 "I" Street, Suite 9-700
Sacramento, CA  95814-2322
charles.shockey@usdoj.gov
TEL:   (916) 930-2203
FAX:   (916) 930-2210

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TEJON RANCH CO., a Delaware corporation; and TEJON RANCHCORP, a California corporation, Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH & WILDLIFE SERVICE, *et al.*, Defendants. | CASE NO. 1:97-CV-06261-LJO-SMS<br><br>STIPULATION AND ORDER EXTENDING DUE DATE FOR 37TH SUPPLEMENTAL JOINT STATUS REPORT FROM JULY 13, 2012 TO JULY 18, 2012 |

- 2 -

1   WHEREAS, the undersigned parties, in their Joint Status Report #36 filed April 13,

2   2012 (Dkt. No. 111), indicated their intent to submit their next regular quarterly Joint Status

3   Report (#37) on July 13, 2012; and

4   WHEREAS, undersigned counsel for defendant U.S. Fish & Wildlife Service, Inc. will

5   be away from his office and unavailable between June 29, 2012 and July 13, 2012; and

6   WHEREAS, the parties are in agreement that it will be necessary and appropriate for

7   their counsel to confer prior to preparing and submitting their next Joint Status Report (#37);

8   and

9   WHEREAS, the parties are in agreement that no prejudice or undue delay would result if

10  the parties were to submit their next Joint Status Report a few days after defendant's counsel has

11  returned to his office and had an opportunity to review developments and confer with plaintiffs'

12  counsel prior to the submission of the parties next Joint Status Report;

13  NOW, THEREFORE, the parties stipulate as follows as request that the Court so order:

14  1.   The parties Joint Status Report #37, previously due to be filed July 13, 2012,

15  may be filed no later than Wednesday, July 18, 2012.

16  IT IS SO STIPULATED.

17  Respectfully submitted this 13th day of April, 2012.

18  */s/  Charles L. Coleman III*
    CHARLES L. COLEMAN III (CSB No. 65496)
19  Holland & Knight LLP
    50 California Street, 28th Floor
20  San Francisco, CA  94111
    charles.coleman@hklaw.com
21  TEL:   (415) 743-6900  FAX: (415) 743-6910
22  Attorneys for Plaintiffs

23  */s/  Charles R. Shockey*
    CHARLES R. SHOCKEY
24  U.S. Department of Justice (DC Bar No. 914879)
25  Environment and Natural Resources Division, Natural Resources Section
    501 "I" Street, Suite 9-700
26  Sacramento, CA.  95814-2322
    charles.shockey@usdoj.gov
27  TEL:   (916) 930-2203 FAX: (916) 930-2210
    Attorney for Defendants
28

- 3 -

1  The parties having so stipulated, and good cause appearing , it is hereby ordered that the
2  parties' next Joint Status Report in this matter shall be filed on or before July 18, 2012.

4  IT IS SO ORDERED.

6  Dated:  **July 2, 2012**                              **/s/ Lawrence J. O'Neill**
                                                Hon. Lawrence J. O'Neill
7                                               United States District Judge