ROBERT G. DREHER, Acting Assistant Attorney General
BRADLEY H. OLIPHANT, Cal. Bar # 216468
Trial Attorney, United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St.
South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1481 | Fax: (303) 844-1350
bradley.oliphant@usdoj.gov

CAITLIN IMAKI, WA Bar # 44679
Trial Attorney, U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Ph: (202) 305-0247 | Fax: (202) 305-0506
caitlin.imaki@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| TEJON RANCH CO., *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, *et al*. <br><br> Defendants. | CASE NO. 1:97-cv-6261-LJO-SMS <br><br> UNOPPOSED MOTION FOR A STAY OF JOINT STATUS REPORT ON IMPLEMENTATION OF STIPULATION AND MEMORANDUM OF AGREEMENT IN LIGHT OF LAPSE OF APPROPRIATIONS AND ORDER RE SAME. |

The United States of America hereby moves for a stay of the parties' quarterly status report in the above-captioned case. Plaintiffs join this request.

1. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the federal defendants. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the parties' quarterly status report in the above-captioned case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that the plaintiffs join this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the parties' quarterly status report in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 8, 2013                                  Respectfully submitted,

ROBERT G. DREHER, Acting Assistant
Attorney General
Environment & Natural Resources Division

*s/ Bradley H. Oliphant*
BRADLEY H. OLIPHANT

Trial Attorney, U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Ph: 303-844-1381
Fax: 303-844-1350
bradley.oliphant@usdoj.gov
Attorneys for Federal Defendants

CAITLIN IMAKI
Trial Attorney, U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, Room 3137
Washington, DC 20004
Ph: 202-305-0247
Fax: 202-305-0506
Email: caitlin.imaki@usdoj.gov

**ORDER**

This Court STAYS the filing of quarterly status reports pursuant to the federal defendants' request.

IT IS SO ORDERED.

Dated:   **October 9, 2013**          /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE