UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEJON RANCH CO., et al., | CASE NO. CV F 97-6261 LJO SMS |
| Plaintiff, | **ORDER TO FILE JOINT STATUS REPORT AND NOTICE OF COURT'S INTENT TO DISMISS**<br>(Doc. 129.) |
| vs. | |
| UNITED STATES FISH & WILDLIFE SERVICE, et al., | |
| Defendants. | |

For the past five years, the parties have filed status reports, the last few of which have indicated unreasonable grounds to continue to keep this action open. The parties' January 30, 2014 report concludes that all aspects of processing a conservation plan and incidental take permit "have now been completed." The report demonstrates no good cause for this action to remain open and active with this Court. As such, this Court ORDERS the parties, no later than March 3, 2014, to file and serve a joint status report to delineate concrete steps and target dates to complete resolution of any outstanding matters subject this action only and to show good cause why this Court should not dismiss this action. This Court ADMONISHES the parties of

its intent to dismiss and close this action in the absence of apparent need for it to remain open and active.

IT IS SO ORDERED.

    Dated:   **February 3, 2014**          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE