UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEJON RANCH CO., et al., | CASE NO. CV F 97-6261 LJO SMS |
| Plaintiff, | **ORDER TO APPROVE SETTLEMENT AND TO DISMISS AND CLOSE ACTION** |
| | (Doc. 131.) |
| vs. | |
| UNITED STATES FISH & WILDLIFE SERVICE, et al., | |
| Defendants. | |

Based on the parties' stipulation attached as Exhibit 1 to their March 3, 2014 joint status report (doc. 131), this Court:

1. APPROVES the parties' stipulation and settlement agreement;

2. DISMISSES this action with each party bearing its own costs and attorney fees; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  **March 4, 2014**          /s/ Lawrence J. O'Neill
                    UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28